# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MICHAEL DORSEY NEEDHAM, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:13-CV-00104-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH WHITENER, Administrator, | ) | |
| Alexander Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2013, Order.

October 15, 2013

Frank G. Johns, Clerk
United States District Court